

# NUMBER 13-22-00376-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE BERRY CONTRACTING, LP D/B/A BAY LTD. AND JUAN HERNANDEZ

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

By petition for writ of mandamus, relators Berry Contracting, LP d/b/a Bay Ltd. and Juan Hernandez seek to set aside a July 28, 2022 order concluding that relators "have failed to prove the affirmative defense of exclusive remedy" in a case concerning workers' compensation. *See* TEX. LAB. CODE ANN. § 408.001(a). By previous order, this Court ordered the trial court proceedings to be stayed and requested that the real parties in interest, Gernal Mann and Jennifer Mann, file a response to the petition for writ of mandamus. *See* TEX. R. APP. P. 52.2, 52.4, 52.8, 52.10(b). Currently before the Court is

the parties' "Joint Motion to Abate Mandamus Proceeding." According to the joint motion, the parties have entered into settlement discussions, and they request that we maintain the status quo by retaining the stay of all trial court proceedings and abating this original proceeding until September 15, 2022, to allow the parties time to discuss and finalize settlement negotiations.

The Court, having examined and fully considered the joint motion to abate mandamus proceeding, is of the opinion that it should be granted. Accordingly, we abate this original proceeding, and all deadlines therein, until further order of the Court. On or before September 15, 2022, the relators shall inform the Court whether: (1) the parties need additional time for negotiations; or (2) the matter should be reinstated and considered on the merits or should be reinstated and dismissed.

PER CURIAM

Delivered and filed on the
23rd day of August, 2022.